## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RICHARD GONZALEZ,

        Defendant.

4:23-CR-3051

ORDER

This matter is before the Court upon the defendant's motion (filing 161) for an order permitting him to pay restitution prior to sentencing. The Court will grant that request. Accordingly,

IT IS ORDERED:

1.    The defendant's motion to restrict (filing 160) is granted.

2.    The defendant's motion to pay restitution prior to sentencing (filing 161) is granted.

3.    The Clerk of the Court shall accept up to and including $10,000 in restitution until further order of the Court.

Dated this 28th day of November, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge