IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| JOHNNY PALERMO, RICHARD GONZALEZ, a/k/a "Richie", and JACK OLSON, a/k/a "Cody Jones", | ) | 4:23CR3051 4:23CR3052 |
| Defendants. | ) | OBJECTION TO REQUEST FOR EXTENSION OF TIME |
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| VINCENT J. PALERMO, a/k/a "Vinny", JOHNNY PALERMO, and RICHARD GONZALEZ, a/k/a/ "Richie", | ) | |
| Defendants. | ) | |

COMES NOW National Latino Peace Officers Association Omaha Chapter Foundation ("NLPOA Foundation"), by and through its undersigned attorney, and hereby objects to the undated request for additional time submitted by NLPOA Omaha Chapter for the reason that it is essentially open ended.

Nevertheless, in an attempt to accommodate NLPOA Omaha Chapter, NLPOA Foundation would be agreeable to a thirty (30) day extension of time for NLPOA Omaha Chapter to submit a response so long as NLPOA Foundation has ten (10) days to respond to both that response, if any, and the response already filed by the United States. The undersigned has spoken to Assistant United States Attorney Klein and understands that he has no objection to this.

WHEREFORE, NLPOA Foundation prays that this Court order the NLPOA Omaha Chapter be granted thirty (30) additional days to respond to NLPOA Foundation, and that NLPOA

1

Foundation be granted ten (10) days thereafter to respond to any pleading from NLPOA Omaha Chapter and the United States.

Dated on this 15th day of July, 2025.

NATIONAL LATINO PEACE OFFICERS
ASSOCIATION OMAHA CHAPTER
FOUNDATION, a/k/a "NLPOA
Foundation",

By: *(signature)*

Howard N. Kaplan, #17500
K&K Law LLP
10675 Bedford Ave, Suite 201
Omaha, NE 68134
(402) 397-8988
howard@kklawyers.net
Attorney for NLPOA Foundation.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. The undersigned also hereby certifies that a copy of same was served via U.S. Mail, postage prepaid, on this 15 day of July, 2025, to the following non-CM/ECF participants:

Queno Martinez
Chapter President
National Latino Peace Officers Association
NLPOA Omaha Chapter
PO Box 241764
Omaha, NE 68124

*(signature)*

Howard N. Kaplan, #17500