IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHNNY PALERMO, RICHARD GONZALEZ, and JACK OLSON,<br><br>　　　　Defendants. | 4:23-CR-3051<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VINCENT J. PALERMO,<br><br>　　　　Defendant. | 4:23-CR-3052<br><br>ORDER |

IT IS ORDERED:

1. The NLOPA Foundation shall respond to NLPOA Omaha's motion to stay on or before July 29, 2025.

2. The government may respond to NLOPA Omaha's motion to stay on or before July 29, 2025.

3. The NLPOA Foundation's reply deadline in support of its motion to change the restitution payee is continued pending resolution of NLPOA Omaha's motion to stay.

Dated this 15th day of July, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge